IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:15-CR-3107 |
| vs. | JUDGMENT |
| MARLON ROMERE RUPERT, JR., | |
| Defendant. | |

In accordance with the accompanying Memorandum and Order, the defendant's pro se motion to vacate under 28 U.S.C. § 2255 (filing 43) is dismissed.

Dated this 10th day of May, 2017.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge