IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MARLON ROMERE RUPERT,<br><br>　　　　　　　Defendant. | 4:15CR3107<br><br>**RELEASE ORDER** |

The defendant is released subject to the following:

1)　　The defendant shall appear at his revocation hearing scheduled for December 4, 2020 at 3:00 p.m. before the Honorable John M. Gerrard, in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

2)　　The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing.

September 30, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　s/ Cheryl R. Zwart
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge