IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MARLON ROMERE RUPERT, JR.,<br><br>                Defendant. | **4:15CR3107**<br><br>**ORDER** |

IT IS ORDERED that:

1. The defendant's Unopposed Motion to Continue Hearing (filing 84) is granted.

2. Defendant Marlon Romere Rupert's violation of supervised release hearing is continued to March 5, 2021, at 10:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 23rd day of November, 2020.

BY THE COURT:

_____
John M. Gerrard
Chief United States District Judge