IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:15CR3107** |
| vs. | |
| MARLON ROMERE RUPERT JR., | **ORDER** |
| Defendant. | |

IT IS ORDERED:

1)    Defendant's motion to review the conditions of supervised release, (Filing No. 118), is granted.

2)    Defendant shall comply with all terms and conditions of supervised release except as follows:

> Defendant shall be released to reside at The Bridge, Lincoln, Nebraska and participate in that facility's treatment program. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of the facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

3)    Defendant shall arrive at The Bridge, Lincoln, Nebraska by 1:00 p.m. on December 11, 2023. The Marshal shall release Defendant to Nicole Vuko on December 11, 2023 at 10:00 a.m. for timely transport to the facility.

Dated this 7th day of December, 2023.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge